UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SI CHEN,<br><br>            Petitioner,<br><br>   v.<br><br>MONTY WILKINSON,<br><br>            Respondent. | CASE NO. 2:21-cv-00315-TSZ-JRC<br><br>ORDER |

This is a 28 U.S.C. § 2241 immigration habeas action. Petitioner has filed a motion to appoint counsel. Dkt. 2. Having considered the motion, petitioner's financial eligibility, and the balance of the record, the Court finds and ORDERS:

(1) The Court is in receipt of a letter from the Federal Public Defender's Office indicating that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, petitioner has demonstrated financial eligibility for such appointment. *See id.*

ORDER - 1

1  Accordingly, petitioner's request for appointment of counsel is GRANTED.  The Court appoints
2  the Federal Public Defender to represent petitioner in these proceedings.
3      (2)  The Clerk shall send copies of this Order to petitioner, to the Federal Public
4  Defender, to counsel for respondents, and to the Honorable Thomas S. Zilly.

6  Dated this 12th day of March, 2021.

                                              J. Richard Creatura
                                              United States Magistrate Judge