UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SI CHEN,

        Petitioner,

v.

MONTY WILKINSON,[1]

        Respondent.

CASE NO. 2:21-cv-00315-JRC

ORDER

This matter is before the Court on the parties' consent and the parties' stipulated motion dismissing habeas petition. Dkts. 12, 13.

The parties consent to proceed before the assigned Chief Magistrate Judge under 28 U.S.C. § 636(c). Dkt. 12. Petitioner's release from custody on April 22, 2021 on an order of supervision (Dkt. 11) rendered the habeas petition moot. Dkt. 12 (citing *Abdala v. Immigration and Naturalization Service*, 488 F.3d 1061, 1065 (9th Cir. 2007)).

---

[1] Merrick Garland was designated Attorney General on March 11, 2021 and should be automatically substituted for Respondent Monty Wilkinson under Federal Rule of Civil Procedure 25(d).

ORDER - 1

Accordingly, the Court orders:

1. Petitioner's habeas petition is hereby denied and dismissed as moot without fees or costs to either party.

2. Respondent's Motion to Dismiss (Dkt. 8) is denied as moot.

Dated this 29th day of April, 2021.

J. Richard Creatura
Chief United States Magistrate Judge